UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID VAN MANEN,

                    Plaintiff,

                                        20-cv-1514 (JGK)

         – against –

                                        ORDER

BOY SCOUTS OF AMERICA, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to update the Court on the status

of this case by **May 19, 2023.**

**SO ORDERED.**

Dated:    New York, New York
          May _9_, 2023

                              _____
                                   John G. Koeltl
                              **United States District Judge**