```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DAVID VAN MANEN,

                Plaintiff,

    - against -

BOY SCOUTS OF AMERICA, ET AL.,

                Defendants.

20-cv-1514 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has received the parties' May 19, 2023 status update (ECF No. 19). This action is **stayed** pending any request by the parties for the Court to take any action. The parties should provide another status update on **August 25, 2023** or at any time before, as appropriate.

SO ORDERED.

Dated:    New York, New York
            May 24, 2023

                                            John G. Koeltl
                                    United States District Judge