UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID VAN MANEN,

                          Plaintiff,

            -against-

BOY SCOUTS OF AMERICA, et al.,

                          Defendants.

20-CV-1514 (JGLC)

**NOTICE OF**
**REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

        This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including Dkt. 20. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: July 17, 2023
        New York, New York

                          SO ORDERED.

                          JESSICA G. L. CLARKE
                          United States District Judge